IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENNIE K. ELLISON,<br>No. R00575,<br><br>       Plaintiff,<br><br>vs.<br><br>ILLINOIS DEPT. OF CORR., et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 14-cv-00581-JPG<br>)<br>)<br>)<br>) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

    Plaintiff Bennie K. Ellison, an inmate in Lawrence Correctional Center, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983 (Doc. 1). Ellison alleges that he was subjected to excessive force on various occasions since January 2014, while housed at Stateville Correctional Center, and that he has since been denied medical care for the resulting injuries, which include an apparently dislocated shoulder. Now housed at Lawrence Correctional Center, Ellison also seeks a temporary restraining order and "911 Help!" (Doc. 5).

    Suit was initiated in the Central District of Illinois and subsequently transferred to this judicial district. United States District Judge Michael M. Mihm reasoned that, because Ellison is a "three striker" under 28 U.S.C. § 1915(g), the only claim that could possibly be actionable would be a claim regarding his current medical care at Lawrence Correctional Center, in the Southern District of Illinois (Doc. 5/20/2014).

    Ellison not only has more than three strikes for purposes of 28 U.S.C. § 1915(g), by order dated February 18, 2014, Ellison was restricted from filing any new civil actions in this court until he has paid all filing fees owed in the Southern District of Illinois. *See Ellison v. Hodge*,

Case No. 13-cv-453-JPG, Doc. 9 (S.D. Ill. Feb. 18, 2014).  As of this date, Ellison owes $1,265.92 (*see* Case Nos. 13-cv-453; 13-cv-1185 (district court case and appeal)). Consequently, this case will be administratively closed.  Had it not been transferred from the Central District, the Clerk of Court would have returned Ellison's complaint and motion for injunctive relief, pursuant to the Court's February 18, 2014, order.

**IT IS HEREBY ORDERED** that, for the reasons stated, the Clerk of Court shall administratively **CLOSE** this case and terminate all pending motions, pursuant to the Court's order in *Ellison v. Hodge*, Case No. 13-cv-453-JPG, Doc. 9 (S.D. Ill. Feb. 18, 2014).  No filing fee will be collected, and no strike will be assessed for purposes of 28 U.S.C. § 1915(g).

The Clerk of Court is **DIRECTED** to correct Ellison's address of record to reflect that he is housed at Lawrence Correctional Center (*see* Doc. 1, p. 3), not at Stateville Correctional Center, which is the return address on the envelope in which the complaint was sent.

**IT IS SO ORDERED.**

**DATED: May 29, 2014**

*s/ J. Phil Gilbert*
**United States District Judge**